LAW LIBRARY

NO. 29278

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 MAY 26 AM 9:59 FILED

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JOHN P. DUNBAR, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 07-1-0012(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/defendant-appellant John P. Dunbar's application for writ of certiorari, filed April 19, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, May 26, 2010.

John P. Dunbar, petitioner/
  defendant-appellant,
  appearing pro se, on
  the application

FOR THE COURT:

Chief Justice

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.